UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:12–cv–07507–RGK–AJW                  Date:   7/26/2013
Title:   AUTHUR WARREN TAYLOR ET AL V. UNIVERSAL MUSIC CORPORATION INC ET AL

Present: The Honorable  R. Gary Klausner , U. S. District Judge

Deputy Clerk:   Sharon L. Williams
Court Reporter:   N/A

      Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:
          None Appearing                      None Appearing

**Proceedings**:   (In Chambers) Order to Show Cause re Dismissal re Lack of Prosecution

    The court, on its own motion, orders plaintiff(s) to show cause **in writing** on or before **August 7, 2013** why this action should not be dismissed for lack of prosecution as to the following defendant(s) listed below. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. The Order To Show Cause will stand submitted upon the filing of plaintiff's response.

    If plaintiff(s) files:

- Proof(s) of TIMELY service of summons and complaint as to defendant(s):

- Timely answer(s) to complaint:

- Plaintiff's application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure as to defendant(s):

- Plaintiff's motion for default judgment pursuant to Rule 55b of the Federal Rules of Civil Procedure as to defendant(s):
  **Malik Yusef El Shabazz Jones**

on or before the date indicated above, the court will consider this a satisfactory response to the Order to Show Cause.